JULIETTE ROTH et al., Appellants, v. BETH EL HOSPITAL, INC., et al., Respondents.— The defendant hospital is not liable for the medical treatment by its interne. (*Bakal* v. *University Heights Sanitarium,* 277 App. Div. 572, affd. 302 N. Y. 870.) Judgment for defendant Addes reversed on the law and new trial granted, with costs to abide the event. The proof was sufficient to constitute a prima facie case of malpractice. Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ., concur.

PERRY SAFTLER, Respondent, v. ALLIANCE MANUFACTURING Co., Appellant.— No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

NETTIE TRON et al., Plaintiffs, v. CARROLL A. THIME, Appellant, and RUTH TRON, Respondent.— Appellant's answer to the complaint is part of this record and can be used to affirm the order below. The answer contains admissions that appellant was personally operating his automobile, that respondent was likewise operating her automobile, and that the vehicles collided. Those admissions precluded any finding that appellant's negligence, which the judgment evidences, was merely passive. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur. [201 Misc. 85, 88.] [See *post,* p. 1024.]

## (March 6, 1952.)

In the Matter of the Accounting of FRIEND L. TUTTLE, as Surviving Executor and Surviving Trustee under the Will of RICHARD E. ALLEN, Deceased, Appellant. VIRGINIA W. WYNDRUM et al., Respondents.— No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.